

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Thomas A. Wheat
County Attorney
Liberty County
Liberty, Texas

4038

Dear Mr. Wheat:

Opinion No. O-4039

Re: Authority of the County Clerk
to dispose of old ballots and
election supplies by giving
them to Boy Scouts in connec-
tion with their Defense program
of collecting old paper.

Your letter of March 18, 1942, requesting an opin-
ion from this Department upon the above subject matter is as
follows:

"The County Clerk of Liberty County has
requested that I obtain from your department
an opinion as to whether or not he can legal-
ly dispose of old ballots and election sup-
plies by giving them to the Boy Scouts in con-
nection with their defense program in regard
to the collection of old paper.

"Article 260 of the Penal Code, R.C.S.,
of 1925, which reads as follows:

"'If any County Clerk shall
fail after the expiration of one
year from the date of any elec-
tion to destroy by burning all
the ballots cast at such elec-
tion, which may have come to his
custody, he shall be punished as
prescribed in the preceding Arti-
cle.'

"I interpret this Statute to mean that
it is mandatory upon the Clerk to destroy the

Honorable Thomas A. Wheat - Page 2

ballots actually cast by burning. However, since there is no provision made for the disposition of election supplies, it is my interpretation that they could be disposed of in any manner that he chooses.

" * * * * "

Your interpretation of the statute is correct.

The commendable spirit of conserving in this our stress of defense measures is to be commended and supported in every reasonable way, but it does not authorize nor justify any county official (or individual as to that) in violating a plain law, and thereby committing a crime. There is no contravening law or war-time regulation suspending the operation of the penal statute quoted by you.

Very truly yours

APPROVED MAR 27, 1942         ATTORNEY GENERAL OF TEXAS

_____
FIRST ASSISTANT              By  _____
ATTORNEY GENERAL                 Ocie Speer
                                 Assistant

OS-BM